1  RICHARD J. DOREN, SBN 124666
    rdoren@gibsondunn.com
2  HEATHER L. RICHARDSON, SBN 246517
    hrichardson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
5  Facsimile:  213.229.7520

6  GEOFFREY M. SIGLER (*pro hac vice*)
    gsigler@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Ave., N.W.
8  Washington, D.C. 20036-5306
   Telephone: 202.955.8500
9  Facsimile:  202.467.0539

10 Attorneys for Defendant,
   AETNA LIFE INSURANCE COMPANY
11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14 | DENNIS F., CAROL F., and GRACE F. | CASE NO. 3:12-cv-2819-MMC |
15 | Plaintiffs, | **[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINTS** |
16 | v. | |
17 | AETNA LIFE INSURANCE COMPANY, | |
18 | Defendant. | The Hon. Maxine M. Chesney |
19 | | |
20 | | |
21 | KIM B. and AVIVA B. | CASE NO. 3:16-cv-01395-MMC |
22 | Plaintiffs, | Complaint Filed: 03/22/2016 |
23 | v. | |
24 | AETNA LIFE INSURANCE COMPANY, | |
25 | Defendant. | |

26
27
28

| | | |
|---|---|---|
| 1 | ALISON B. and DANIEL B. | CASE NO. 4:16-cv-01398-MMC |
| 2 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 3 | v. | |
| 4 | AETNA LIFE INSURANCE COMPANY, | |
| 5 | Defendant. | |
| 6 | WILLIAM B. and RYAN B. | CASE NO. 4:16-cv-01402-MMC |
| 7 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 8 | v. | |
| 9 | AETNA LIFE INSURANCE COMPANY, | |
| 10 | Defendant. | |
| 11 | LLOYD B. and TALYA B. | CASE NO. 4:16-cv-01405-MMC |
| 12 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 13 | v. | |
| 14 | AETNA LIFE INSURANCE COMPANY, | |
| 15 | Defendant. | |
| 16 | RODNEY K. and BRIAN K. | CASE NO. 3:16-cv-01397-MMC |
| 17 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 18 | v. | |
| 19 | AETNA LIFE INSURANCE COMPANY, | |
| 20 | Defendant. | |
| 21 | MARK L. and ELAINE L. | CASE NO. 3:16-cv-01399-MMC |
| 22 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 23 | v. | |
| 24 | AETNA LIFE INSURANCE COMPANY, | |
| 25 | Defendant. | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | | |
| 2 | R.M. and M.M. | CASE NO. 5:16-cv-01401-MMC |
| 3 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 4 | v. | |
| 5 | AETNA LIFE INSURANCE COMPANY, | |
| 6 | Defendant. | |
| 7 | PERRY P. and EVAN P. | CASE NO. 4:16-cv-01400-MMC |
| 8 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 9 | v. | |
| 10 | AETNA LIFE INSURANCE COMPANY, | |
| 11 | Defendant. | |
| 12 | RICHARD R. and SUSANNA R. | CASE NO. 4:16-cv-01404-MMC |
| 13 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 14 | v. | |
| 15 | AETNA LIFE INSURANCE COMPANY, | |
| 16 | Defendant. | |
| 17 | DAGMAR W. and SAMANTHA W.. | CASE NO. 3:16-cv-01403-MMC |
| 18 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 19 | v. | |
| 20 | AETNA LIFE INSURANCE COMPANY, | |
| 21 | Defendant. | |
| 22 | CHERYL N. and TRISTAN W. | CASE NO. 4:16-cv-01406-MMC |
| 23 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 24 | v. | |
| 25 | AETNA LIFE INSURANCE COMPANY, | |
| 26 | Defendant. | |
| 27 | | |
| 28 | | |

**~~[PROPOSED]~~ ORDER**

Good cause being shown in the parties' Joint Stipulation to Extend Defendant's Time to Respond to Complaints, IT IS HEREBY ORDERED THAT Defendant shall have up to and including Friday, May 27, 2016 to answer or otherwise respond to Plaintiffs' Third Amended Complaint and the 11 new complaints.

**IT IS SO ORDERED.**

DATED this <u>23rd</u> day of <u>  May          </u>, 2016

_____
The Hon. Maxine M. Chesney
United States District Court Judge for the
Northern District of California